# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
 )
General Atomics Systems Integration, LLC )    ASBCA No. 61447
 )
Under Contract No. FA8251-12-D-0006 )

APPEARANCES FOR THE APPELLANT:    Alex D. Tomaszczuk, Esq.
   Meghan D. Doherty, Esq.
    Pillsbury Winthrop Shaw Pittman LLP
   McLean, VA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
    Air Force Deputy Chief Trial Attorney
   Michael J. Farr, Esq.
   Lt Col Nathaniel H. Sears, USAF
   Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 5, 2019

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61447, Appeal of General Atomics Systems Integration, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals